Civil Action No.: 3:13-CV-00208-RDM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Chesapeake Appalachia LLC

was received by me on (date) Jan. 28, 2013

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify): Served Certified Mail return receipt requested on Feb. 7, 2013.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

3/26/13
/Date

*Server's Signature*

Edwin A. Abrahamsen, JR. - Attorney
*Printed name and title*

Abrahamsen, Conaboy & Abrahamsen, P.C.
Attorneys at Law
1006 Pittston Avenue
*Server's Address*
Scranton, Pennsylvania 18505

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  RECEIVED   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>FEB 0 7 2013 |
| 1. Article Addressed to:<br><br>Chesapeake Appalachia LLC<br>6100 N. Western Ave.<br>Oklahoma City OK 73118 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>MAILROOM 17 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7011 0470 0002 7629 5902 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540