IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL F. SIDOREK and SARA P. SIDOREK, | : : : | Case No. 3:13-cv-000208-MEM |
| Plaintiffs, | : : | |
| v. | : : | |
| CHESAPEAKE APPALACHIA, LLC and CHESAPEAKE ENERGY CORPORATION, | : : : : | |
| Defendants. | : | |

## JOINT ARBITRATION STATUS UPDATE

Pursuant to this Court's Memorandum and Order of March 24, 2014 [ECF 22] (the "Order"), the parties inform the Court that the Plaintiffs have not initiated the arbitration but instead appealed the Order. The parties will engage in the Third Circuit Court of Appeals' Telephone Mediation Program on July 22, 2014.

Dated: June 24, 2014

| | |
|---|---|
| REED SMITH LLP | Abrahamsen, Conaboy &Abrahamsen, P.C. |
| /s/ Kevin C. Abbott<br>Kevin C. Abbott<br>Pa. ID No. 35734<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>Tel: (412) 288-3804<br>kabbott@reedsmith.com<br>*Counsel for Defendants* | /s/ Edwin A. Abrahamsen, Jr.<br>Edwin A. Abrahamsen, Jr.<br>Pa. ID No. 92851<br>1006 Pittston Avenue<br>Scranton, PA 18505<br>Tel: (570) 348-0200<br>cabrahamsen@law-aca.com<br>*Counsel for Plaintiffs* |